IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LA CLINICA DE LA RAZA, INC.,                          No. C 10-4605 CW

          Plaintiff,

     v.                                               ORDER ON MOTION
                                                      HEARING SCHEDULE

CAL. DEP'T HEALTH CARE SERVICES,
et al.,

          Defendants.
_____/


     On July 30, 2015, Plaintiff filed a motion purporting to be

an "Emergency Motion for Injunction Pending Appeal."  Docket No.

94.  Plaintiff noticed a hearing for the motion on September 1,

2015.  The noticed date presents two problems.  First, as is

stated on the Court's website, the Court is unavailable that day.

Second, the date runs afoul of the Northern District's Civil Local

Rule 7-2, which requires that a hearing may not be noticed for

"less than 35 days after filing of the motion."  Civil Local Rule

7-2(a).  The Court thus sets the motion hearing for September 8,

2015 at 2:30 p.m. in Courtroom 2.  Responses to the motion are due

by August 13, 2015.  Any reply is due by August 20, 2015.

     IT IS SO ORDERED.

Dated: July 31, 2015                    _____
                                        CLAUDIA WILKEN
                                        United States District Judge

United States District Court
For the Northern District of California